**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDRE MARCUS THOMAS  Williamson Co. #24207364 | A-25-CV-01546-RP |
| DEFENDANT | TYPE OF PROCESS |
| DR. TODD C. HARRIS, et al | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Todd C. Harris

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1600 West 38th Street, Suite 305  Austin, Texas 78731

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andre Marcus Thomas #24207364
Williamson County Jail, P.O. Box 2119
Georgetown, Texas 78627

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

FILED 2025 NOV 3 PM 4:18

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses)
All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Deanna Mussio*

TELEPHONE NUMBER: 512-391-8712
DATE: 10/1/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 80 | District to Serve No. 80 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | Ch. Bell | 10/2/25 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 10/31/25 | 12:05 | ☐ am ☒ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Ch. Bell

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

First endeavor 10/24/25 - Arrived at address and subject was not there. Staff would not take paperwork. Phone contact was made with subject who advised he would meet at his office on 10/27/25. #32356

Second endeavor 10/27/25. Subject was not at his office on 10/27/25. Staff would not take paperwork. #32356

Third endeavor 10/31/25  CMRR: 9589071052702145622540 (see attached)

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. A-25-CV-01546-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Todd C. Herris
was received by me on *(date)* 10/2/25 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Served via CMRR: 9589 0710 5270 2145 6225 40

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/25

Server's signature

Chris Bellamy
Printed name and title

501 W 5th St, Austin TX 78701
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9589071052702145622540

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:05 pm on October 31, 2025 in AUSTIN, TX 78731.



**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
AUSTIN, TX 78731
October 31, 2025, 12:05 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https

Text & Email Updates                                             ⌄

USPS Tracking Plus®                                              ⌄

Product Information                                              ⌄

See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers ]

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052702145622540                                 1/2